IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3066 |
| V. | ) | |
| DARMAINE P. PHILLIPPI, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 55) is denied.

DATED this 11th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge