IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3066 |
| | ) | |
| v. | ) | |
| | ) | |
| DARMAINE P. PHILLIPPI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Considering the government's objection (filing no. 64),

IT IS ORDERED that the defendant's motion to terminate supervised release (filing 63) is denied without prejudice to the defendant requesting transfer of supervision to Florida.

DATED this 26th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge